UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81076-CIV-SMITH/MATTHEWMAN

KENNETH JOHANSEN, individually and
on behalf of all other persons and entities
similarly situated,

      Plaintiff,

v.

BLUEGREEN VACATIONS UNLIMITED,
INC., a Florida corporation,

      Defendant.
_____/

**JOINT MOTION FOR A LIMITED STAY PENDING
RESOLUTION OF RULE 23(f) PETITION**

      Plaintiff Kenneth Johansen and Defendant Bluegreen Vacations Unlimited, Inc. jointly move for a limited stay of all proceedings in this action pending resolution of the Plaintiff's Petition for Permission to Appeal Order Denying Class Certification under Federal Rule of Civil Procedure 23(f) (the "Petition"), which was filed on October 14, 2021. The parties respectfully submit that a stay of all proceedings will serve the interests of both parties and judicial economy, as the Eleventh Circuit's disposition of Plaintiff's Petition may affect the claims pending before the Court and the scope of proceedings, most notably, the upcoming November 30, 2021 Calendar Call, and December 6, 2021 trial period. The parties propose to file a joint status report within twenty-one (21) days after the Eleventh Circuit issues an order granting or denying Plaintiff's Petition.

      WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this Joint Motion and enter an Order staying all proceedings in this action, pending resolution of Plaintiff's

Petition, with a status report due twenty-one (21) days after the Eleventh Circuit issues an order granting or denying the Petition.

| | |
|---|---|
| Date:  November 11, 2021 | Respectfully submitted, |
| By: */s/ Avi R. Kaufman*<br>Avi R. Kaufman (FL Bar no. 84382)<br>kaufman@kaufmanpa.com<br>Rachel E. Kaufman (FL Bar no. 87406)<br>rachel@kaufmanpa.com<br>KAUFMAN P.A.<br>400 NW 26th Street<br>Miami, FL 33127<br>Telephone: (305) 469-5881<br><br>Anthony I. Paronich (admitted *pro hac vice*)<br>anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br><br>*Attorneys for Plaintiff* | By: _____<br>GRACE L. MEAD<br>Florida Bar No. 49896<br>gmead@stearnsweaver.com<br>ANDREA N. NATHAN<br>Florida Bar No. 16816<br>anathan@stearnsweaver.com<br>VERONICA L. DE ZAYAS<br>Florida Bar No. 91284<br>vdezayas@stearnsweaver.com<br>JOSEPH J. ONORATI<br>Florida Bar No. 92938<br>jonorati@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER<br>   ALHADEFF & SITTERSON, P.A.<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, Florida  33130<br>Telephone: 305-789-3200<br>Facsimile: 305-789-3395<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Grace L. Mead_
GRACE L. MEAD