UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81076-CIV-SMITH

KENNETH JOHANSEN,

    Plaintiff,

v.

BLUEGREEN VACATIONS UNLIMITED, INC.,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR
A LIMITED STAY PENDING RESOLUTION OF RULE 23(f) PETITION**

This matter is before the Court on the parties' Joint Motion for a Limited Stay Pending Resolution of Rule 23(f) Petition [DE 98]. Upon consideration, it is

**ORDERED** that:

1. The Joint Motion for a Limited Stay Pending Resolution of Rule 23(f) Petition [DE 98] is **GRANTED**.

2. The case is **STAYED** pending the resolution of Plaintiff's Rule 23(f) Petition.

3. The parties shall file a joint status report within fourteen (14) days of any order issued by the Eleventh Circuit resolving Plaintiff's Rule 23(f) Petition.

4. All pending motions not otherwise ruled upon are **DENIED as moot**.

5. This case is administratively **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 16th day of November, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record