IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KENNETH JOHANSEN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation,<br><br>Defendant. | Case No. 20-cv-81076-SMITH |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Johansen and Defendant Bluegreen Vacations Unlimited, Inc. hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: May 15, 2023

Respectfully submitted,

 */s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Anthony I. Paronich (admitted pro hac vice)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
Telephone: (508) 221-1510

*Counsel for Plaintiff*

 /s/*Grace L. Mead*
GRACE L. MEAD
Florida Bar No. 49896
gmead@stearnsweaver.com
ANDREA N. NATHAN
Florida Bar No. 16816
anathan@stearnsweaver.com
VERONICA L. DE ZAYAS
Florida Bar No. 91284
vdezayas@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida  33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395

*Attorneys for Defendant*