UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81076-RS

KENNETH JOHANSEN, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff(s),

v.

BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' Stipulation of Dismissal [DE 111]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of June, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record